IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

AUDREY ROBERTSON                                                          PETITIONER

v.                                                                                    No. 1:07CV7-A-D

STATE OF MISSISSIPPI, ET AL.                                              DEFENDANTS

**FINAL JUDGMENT**

Upon consideration of the file and records in this action, including the Report and Recommendation of the United States Magistrate Judge dated March 10, 2008, and the March 17, 2008, objections to the Report and Recommendation, the court finds that the petitioner's objections are without merit and that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the court. It is, therefore

**ORDERED**:

1. That the Report and Recommendation of the United States Magistrate Judge dated March 10, 2008, is hereby **APPROVED AND ADOPTED** as the opinion of the court.

2. That the instant petition for a writ of *habeas corpus* is hereby **DISMISSED** with prejudice and without evidentiary hearing as procedurally barred.

3. That this case is **CLOSED.**

4. That, in light of this ruling, any motions currently pending in this case are hereby **DISMISSED** as moot.

THIS, the __20th__ day of March, 2008.

                                                               /s/ Sharion Aycock
                                                               U. S. DISTRICT JUDGE